NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**JOHNSON & JOHNSON SURGICAL VISION, INC.,**
*Appellant*

v.

**ALCON INC.,**
*Appellee*

———————————

2023-1477

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01053.

———————————

## O R D E R

The parties having so agreed, it is ordered that:


(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT

February 22, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


**ISSUED AS A MANDATE:** February 22, 2023